IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Xiaobing Wang and Liangqing Li,<br><br>Plaintiffs,<br><br>v.<br><br>INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS ON SCHEDULE "A,"<br><br>Defendants. | Case No. 22-cv-06499<br><br>Judge John J. Tharp, Jr.<br><br>Magistrate Judge Jeffrey T. Gilbert |

**NOTICE OF VOLUNTARILY DISMISS OF CASE PURSUANT TO RULE 41(a)(1)**

NOW COMES Plaintiff, Xiaobing Wang and Liangqing Li, ("Plaintiff"), by and through its attorneys, Barney & Karamanis, LLP, and respectfully moves this Honorable Court to dismiss this case pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) without prejudice. In support of this Notice, Plaintiff states as follows:

1. On or about November 20, 2022, Plaintiff filed its complaint against various individuals and entities. [Dkt# 1].

2. Per this Honorable Court's March 2, 2023, Order, Plaintiff was to file proof of service for Defendants by March 9, 2023. [Dkt# 24].

3. Defendants have not yet been served.

4. Plaintiff wishes to voluntarily dismiss this case pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) without prejudice. *Nelson v. Chertoff*, No. 07-CV-2991, 2010 U.S. Dist. LEXIS 45368, at *5-6 (N.D. Ill. May 10, 2010).

5. No Defendants have appeared or answered Plaintiffs' Complaint as of March 9, 2023.

WHEREFORE Plaintiff, Xiaobing Wang and Liangqing Li, ("Plaintiff"), by and through its attorneys, Barney & Karamanis, LLP, respectfully requests that this Honorable Court voluntarily dismiss this case without prejudice pursuant to Rule 41(a)(1), and award such other and further relief for Plaintiff as this Court deems just and proper.

Respectfully submitted,

/s/ Kenneth A. Nazarian
James A. Karamanis
Kenneth A. Nazarian
Barney & Karamanis, LLP
Two Prudential Plaza
180 N. Stetson, Ste 3050
Chicago, IL 60601
Tel.: 312/553-5300
Attorney No. 6203479
Attorney No. 6309765
James@bkchicagolaw.com
Ken@bkchicagolaw.com

*ATTORNEYS FOR PLAINTIFF*